14-1845  David Stebbins v. Rita Stebbins, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/10/2014

**Case Name:**   David Stebbins v. Rita Stebbins, et al
**Case Number:**  14-1845

**Docket Text:**
Civil case docketed. [4142843] [14-1845]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com