# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID A. STEBBINS**                                                               **PLAINTIFF**

VS.                       CASE NO. 14-1845

**RITA STEBBINS**
**DAVID D. STEBBINS**                                                         **DEFENDANT**

## MOTION FOR EXTENSION OF TIME TO FILE

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for Extension of Time to File his Appellant Briefing.

1. The Briefing is supposed to be due on May 20, 2014.

2. Appellant has had an unbelievably hectic month of May, having to get certified copies of court records, make constant adjustments, file numerous pleadings in the District Court, and so forth.

3. Appellant has had almost no time to prepare his Appellant Brief.

4. A two-week extension would probably be sufficient to give Appellant enough time to prepare his briefing.

5. Thus, Appellant asks that he be given until June 3, 2014 to file his Appellant briefing.

                                                                       /s/ David Stebbins
                                                                           David Stebbins
                                                                        123 W. Ridge St.,
                                                                                 APT D
                                                              Harrison, AR 72601
                                                                870-204-6516
                                                           stebbinsd@yahoo.com