# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1845

David Anthony Stebbins

Appellant

v.

Rita F. Stebbins and David D. Stebbins

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
_____

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until June 3, 2014 to file the brief.

May 20, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans