Print - Close Window - Click More at the bottom of the email to print single message

| | |
|---|---|
| Subject: | Re: McPherson Law – Website Contact Request (Little Rock Location) |
| From: | James McPherson (james.mcpherson@mcphersonfirm.com) |
| To: | stebbinsd@yahoo.com; |
| Date: | Saturday, October 1, 2011 4:00 PM |

Mr. Stebbins:

Thank you for giving us the opportunity to represent you. However, based on the facts of your case, we do not believe we can represent you on a contingency fee basis. We encourage you to pursue your case, however, as it may have merit.

Please let us know if you have any questions or concerns.

Sincerely,

James McPherson

On Sep 30, 2011, at 4:09 PM, stebbinsd@yahoo.com wrote:

> Name: David Stebbins
>
> Email: stebbinsd@yahoo.com
>
> Phone: 870-743-4386
>
> Comments: Dear McPherson Law Firm,
>
> I am David Stebbins. A few weeks ago, I talked to one of your attorneys regarding an unlawful detainer case that I was defending against, pro se, against the landlord of Harp & Associates Real Estate Services, LLC. As you remember, they filed a nonsuit against me, effectively allowing the "preliminary" writ of possession to remain open indefinitely. It also prevented me from being able to appeal the denial of my counter-claim.
>
> Now that I actually have the Court's order in my hand, where he denied the petition for writ of restitution, I would like to offer you the chance to represent me on contingency in an abuse of process suit against Harp & Associates.
>
> The amount of damages I seek is $2,500,000. That is $500,000 in compensatory damages for the counter-claim that I have lost the opportunity to appeal, and four times that amount in punitive damages. Taking a third of that will land you $833,333.33.
>
> Would you like to hear more about the case?
>
> agree: agree_terms
>
> submit: Submit
>
> McPherson Law - Website Contact Request (Little Rock Location)






Print - Close Window - Click More at the bottom of the email to print single message

| | |
|---|---|
| **Subject:** | New case? |
| **From:** | David Stebbins (stebbinsd@yahoo.com) |
| **To:** | jasonrobb@windstream.net; |
| **Date:** | Saturday, April 21, 2012 9:06 PM |

Mr. Robb,

As you are aware, I will be giving your Secretary $30 this Monday morning, for the legal advice you gave me over email regarding suing my father. For an additional ten dollars, maybe you can answer these questions.

When I was in jail, I had to have a place to live as a condition for bond. On January 17, 2012, I had secured a reservation at the Hotel Seville, for February 1 through May 1. However, during the two weeks that I had waited for my reservation to begin (and thus, I could bond out), they learned of the nature of my charges, and canceled the reservation.

At first, it seems as if I may have a breach-of-contract claim against them. Even though the living arrangements I was able to find are cheaper than Seville, there's also some auxillery damages they caused, mostly a result of the additional time I had to spend in jail.

However, there's one obstacle in my way: the Statute of Frauds. But... although I can understand that argument, let's also think about this counter-argument: My reservation was in the Hotel's records, and it was also in the jail's records (I had a "confirmed bond-out date for February 1," in the jail's exact words).

My first of these two questions is... do you think that would be sufficient to nullify the statute of fruads?

Second, who do I serve process on? According to this webpage:

http://www.sos.arkansas.gov/corps/search_corps.php?DETAIL=212270&corp_type_id=&corp_name=The+Hotel+Seville&agent_search=&agent_city=&agent_state=&filing_number=&cmd=

The agent is Barbara Cole, who is also the President... but at the same time, that webpage says that the business entity's status is "revoked." Of course, it was the only Hotel Seville that popped up in the search results, so maybe it doesn't matter.

If you answer these two questions, I will give your Secretary $40 this Monday, instead of just $30.

Sincerely,
David Stebbins





| | |
|---|---|
| Subject: | Re: New case? |
| From: | jasonrobb@windstream.net (jasonrobb@windstream.net) |
| To: | stebbinsd@yahoo.com; |
| Date: | Monday, April 23, 2012 1:42 PM |

I believe you have a shot at it. I think you could argue that position if they claim the contingency for you to spend the night. But ultimately, arguing there was a breach of contract and they violated it, I believe you have a descent shot.

---- David Stebbins <stebbinsd@yahoo.com> wrote:
> Well, it's not like I'm asking you to represent me on contingency. In fact, I'm not asking you to represent me at all!

Do you think I at least have a snowball's chance in hell? If you think so, I'm going to go ahead and roll the dice, since the worst that can happen is I loose, and then I'm no worse off.

Though I do have one thought:

"If not, then they could argue it was contingent on you spending the night there."

Don't you think I could counter-argue that there was no meeting of the minds as to this contingency?

_____
From: "jasonrobb@windstream.net" <jasonrobb@windstream.net>
To: David Stebbins <stebbinsd@yahoo.com>
Sent: Sunday, April 22, 2012 10:04 PM
Subject: Re: New case?

Mr. Stebbins. As far as your first question, that is a toss up. Statute of frauds as you are well aware requires writing with a contract. But you don't necessarily need a written contract. A verbal contract could work. With the fact that the hotel had your name and reservations in writing demonstrates that they had you booked. Now, did you already paid for the room? If you did, then I believe you defintely have a breach of conttract. If not, then they could argue it was contingent on you spending the night there. I don't know if I could answer that question with certainty. As fars your second question, the agent appears to be Barbara Cole. If you go to the secretary of state website, and search hotel seville, the agent should pop up. Hope that helps. Jason.






I don't believe the fact that you paid for membership makes a difference, the ADA applies or it doesn't. See if another attorney thinks it might, but I seriously doubt it. You can't successfully sue because somebody does something morally wrong, they have to violate your legal rights.

If a website were to barr you from a contract (I don't know if this would apply to your ability to post, it would depend on the details of the contract) because of your race and/or color, it would likely be illegal (because of a law passed back in the 1800's, 42 U.S.C. § 1981, since amended. cg

-------Original Message-------

**From:** David Stebbins
**Date:** 10/21/08 15:09:32
**To:** Chris Gomlicker
**Subject:** Re: Message received by your FirmSite -http://www.harrillandsutter.net/StaticForm.shtml

Would it be any different whatsoever if I were paying for my membership there? I think, even if it's not legally different, there's a HUGE moral difference because I'm paying my hard-earned money and, if they want to block me indefinitely for a disability-related reason, they should at least refund me for the prorated time I paid for, but don't get to utilize. Would you agree with me there?

Also, would the website defense hold if it were one of the five original protected classes, such as race, color, sex, religion, and creed?

**From:** Chris Gomlicker <cgomlicker@aristotle.net>
**To:** stebbinsd@yahoo.com
**Sent:** Tuesday, October 21, 2008 2:44:25 PM
**Subject:** Re: Message received by your FirmSite -http://www.harrillandsutter.net/StaticForm.shtml

I will not be able to assist you. The reason McDonald's cannot say "the ADA doesn't apply to us, we don't have to make any accommodations" is because it is a (physical) place of public accommodation, as defied by the ADA. The ADA primarily concerns itself with access to publicly assessable buildings (govt. or private business open to the public), employment, and govt. offered services (i.e. 911).

In contrast, a website (which doesn't fall within the above categories) likely can control who posts, or does not post, based on what they believe is improper content, regardless of the ADA. Even if an ADA claim was possible, how would you justify the expense of bringing such litigation to trial (20-40k)? I can't see how it would be economically feasible, but another attorney may disagree so get a second, third, etc., opinion.

On an unrelated, but very positive note, I assume you are aware that the ADA Amendment Act was signed into law about 2 weeks ago and goes into effect this coming January. It dramatically shifts the law from being hugely employer friendly, to being on a much more fair playing field for the employee. It is well worth reading if you are interested in this area of the law, and have time to "google" it. Sorry I couldn't be more positive on your Wikepedia issue. cg

-------Original Message-------

**From:** stebbinsd@yahoo.com
**Date:** 10/20/08 13:28:54
**To:** cgomlicker@aristotle.net



Type your message:
Dear Harill & Sutter, PLLC,

Many months ago, you refused to take a case of mine involving the University of Arkansas refusing to accommodate my Asperger Syndrome because of their status as a government entity as well as the fact that I inadvertently made a direct threat. This time, neither of those two loopholes are present, and my case is a federal case, so youu will only have to travel to Fayetteville, not Harrison, like you were afraid to do with my father assaulting me.

Here's the deal: I was blocked indefinitely from editing Wikipedia because I called someone a Troll (in Internet slang, in case you don't know, a troll is someone who makes stupid, pointless, annoying contributions with the intent of malice), and they took that as a personal attack. As I appealed the block, I informed them that I have Asperger Syndrome. Here is the webpage that I had the conversation with.

http://en.wikipedia.org/wiki/User_talk:Dstebbins

Notice the last two paragraphs. "You do not have the legal right to edit Wikipedia," and "Since Wikipedia is a privately-owned website that you voluntarily joined, you are not entitled to any 'accommodation.'"

If those two defenses were valid, then ANYONE could avoid ADA law by saying something like "McDonalds is a privately-owned franchise that you voluntarily entered the premise of, so you are not entitled to any accommodation," or "You do not have the legal right to shop at Wal-Mart." On the contrary, I believe that the Americans with Disabilities Act was passed, not to limit the rights of public entities (otherwise it would compromise the strength of the 11th Amendment), but specifically at private organizations and companies!

It is clear that they have no intentions of lifting this block even if I do upload the documentation I mentioned, so I'm not even going to bother.

So, that is my story in the fewest words possible. Can you help me?

This email was initiated at the Web site http://www.harrillandsutter.net/StaticForm.shtml.
The content of this email is provided by and is the responsibility of
the person posting the email communication. You acknowledge that any
reliance on material in email communications is at your own risk.



IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
CIVIL DIVISION

DAVID STEBBINS                            PLAINTIFF

VS                            CASE NO.2012-85-4

DAVID DIXON                                DEFENDANT
LEGAL AID OF ARKANSAS

## AFFIDAVIT OF KIMBERLY KLUTTS

Comes now, Kimberly Klutts, who hereby submits the following affidavit. I do solemnly swear that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1. I am the neighbor of David Stebbins.

2. In July of 2012, Stebbins and I were involved in a disagreement. Believing that he had provoked me and that I was then legally allowed to use violence against him, I proceeded to kick on in his door with in the intention of terrorizing him. I was quickly arrested, tried, and sentenced to 30 days in the Boone County Detention Center for this conduct.

3. Since then, it has been explained to me (through a combination of police, the Boone County Public Defender's Office, and Stebbins himself) that I made the following mistakes in my logic:

   (a) Self-defense law only allows you to use the minimum force necessary to repel the unlawful force instigated against you, which means that a simple shoving was not enough to warrant the extreme act of attempting to break into his home (or at least, deliberately leading him to believe that this was my intention).

   (b) Even if the reaction itself were justified, I'm supposed to only "defend myself" immediately after the force that provoked it. Since my reaction was done several minutes after he had shoved me (and, furthermore, he had already gone back into his apartment, precisely to avoid any further conflict with me), my actions clearly did not fall into that category.

4. Because of these two explanations, I quickly proceeded to correct my behavior, and Stebbins and I have not had any further altercations since then.

5. After posting bond to be released from pre-trial[1] detention, Stebbins left a note on my door, saying that he intended to sue me for $25,000, which would have taken me nearly ten years to pay, and offered me the chance to use arbitration as a means of reducing court costs. A copy of this letter and arbitration contract is attached to this affidavit.

---

1 By the way, this was *before* I was sentenced to 30 days in jail.

Appellate Case: 14-1845     Page: 8     Date Filed: 05/29/2014 Entry ID: 4158704

6.  However, the lawsuit never came. Due to the behavior corrections spoken of in Paragraph #4, he forgave my transgression, and dropped the suit.

7.  Stebbins tells me that people accuse him of abusing the lawsuit system, and filing lawsuits just to harass people. However, I know (and am signing this affidavit today to attest to this) from personal experience in dealing with him that this is not the case. He sues when he has to, and if he can obtain justice by other means, he will use those other means to do so.

I, the undersigned, do hereby certify, under penalty of perjury, that the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
Kimberly Klutts
303 N. Willow St.,
APT #4
Harrison, AR 72601

### Acknowledgment

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared KIMBERLY KLUTTS, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____th day of August, 2013.

_____
NOTARY PUBLIC

My Commission Expires: _____

SEAL

Dear Ms. Kluttz,

Yesterday, you were arrested for public intoxication. However, you should have also been arrested for terroristic threatening, and also for breaking and entering. You were trying to kick down my motherfucking door! I don't care if you were drunk; you're still responsible for your own actions.

Now, if the cops will only charge you with public intoxication, that's fine; I'll just *sue your ass*!

However, I'd like to offer you a chance to make it easier on yourself. I have intention of suing you, and that's going to happen, whether you like it or not. However, I'd like to offer you the chance to do this without needing an attorney.

You've heard of small claims court, right? Well, this case doesn't qualify for small claims court, and even if it did, I plan on suing you for a lot more than just $5,000 (and no, you're not going to talk me out of that; I'm taking you to court for at least $25k, and that's all there is to it).

If we go to regular court over this, it's going to have to be in the Circuit Court. That's the *main* court in the center of the square, and it's rules are complicated as fuck. You will an attorney if I take you to court over there, and it will cost *thousands* of dollars, and you won't get that money back, even if you win. Don't believe me? Ask an attorney. It's called the "American Rule." You don't get your attorney's fees reimbursed if you win.

However, there is one potential way that you can defend against this lawsuit using small claims court rules. That way, you'll actually stand a ghost of a chance.

It's called "arbitration," and you may have heard of it. In the news, it's often criticized as being biased towards businesses. Fortunately, you don't have to worry about that, because I'm not a business. Therefore, you can trust arbitration to be fair and impartial.

Please find enclosed an arbitration contract. It already has my signature, and as much of your information I was able to gather through the public records. If you sign it, we not only can get this over with quickly, cheaply, and easily, but we also get to do it with written statements through the mail!!! Yeah, you won't even have to miss a day of work!

So, if you're interested, sign this thing and tape it to my door (just don't disturb me; remember that's what got you into this mess in the first place). Just remember, I'm suing you one way or another; it's up to you if you want to do this the easy way or the hard way.

Thank you.

                                                            Sincerely,
                                                            David Stebbins

# American Arbitration Association
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online.

AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐ Commercial  ☐ Construction  ☐ Employment  ☒ Other (please specify) _invidual vs. individual_

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____

**NATURE OF DISPUTE:**
Stebbins accusses Kluttz of trying to break into his home. Kluttz both denies that accusation, and claims that she was provoked because Stebbins shoved her. She is therefore counter-suing for assault.

Dollar Amount of Claim: $25,000.00

Other Relief Sought: ☐ Attorneys Fees  ☐ Interest  ☐ Arbitration Costs  ☐ Punitive/Exemplary  ☒ Other _all of the above_

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:

Amount Enclosed $ 0.00    In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule

HEARING LOCALE REQUESTED: _through the mail_

Estimated time needed for hearings overall: 0.00 hours or 0.00 days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| | |
|---|---|
| Name of Party: David A. Stebbins | Name of Party: Kimberly Kluttz |
| Address: 123 W. Ridge St. | Address: 303 N. Willow St. |
| APT D | APT #4 |
| City: Harrison  State: AR  Zip Code: 72601 | City: Harrison  State: AR  Zip Code: 72601 |
| Phone No. 870-204-6024  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |
| Signature: David Stebbins  Date: 07/19/2012 | Signature: Kimberly Vid  Date: 7/18/12 |
| Name of Representative: not applicable | Name of Representative: |
| Name of Firm (if applicable): not applicable | Name of Firm (if applicable): |
| Address: 123 W. Ridge St., APT D | Address: |
| City: Harrison  State: AR  Zip Code: 72601 | City:  State:  Zip Code: |
| Phone No. 870-204-6516  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.

Appellate Case: 14-1845    Page: 11    Date Filed: 05/29/2014 Entry ID: 4158704