14-1845  David Stebbins v. Rita Stebbins, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/29/2014

**Case Name:**  David Stebbins v. Rita Stebbins, et al
**Case Number:**  14-1845

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins. 5 copies [4158709] [14-1845]

**The following document(s) are associated with this transaction:**
Document Description:  Pro Se Appellant Brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com