# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 22, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

      Re:  David Anthony Stebbins
           v. Rita F. Stebbins, et al.
           No. 14-7643
           (Your No. 14-1845)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 13, 2014 and placed on the docket December 22, 2014 as No. 14-7643.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Erik Fossum
      Case Analyst